Judge Rothstein

CERTIFICATE OF SERVICE:
I certify that a copy of the foregoing document to which this certificate is attached was served on the attorney(s) of record for defendant(s) via ~~telefax~~, mail/~~personal delivery~~ on the 27th day of August, 2001.

___ FILED   ___ ENTERED
___ LODGED  ___ RECEIVED

AUG 27 2001  KN

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

CR 01 00171 #00000013

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> NAZIYR YISHMAEL, <br> Defendant. | NO. CR01-171BJR <br><br> GOVERNMENT'S SENTENCING MEMORANDUM |

The United States of America, by Francis J. Diskin, United States Attorney, and Kurt P. Hermanns, Assistant United States Attorney for the Western District of Washington, respectfully submits the following sentencing memorandum.

## 1. **PROCEDURE**

Naziyr Yishmael was charged by Information filed on May 9, 2001. On May 31, 2001, he pleaded guilty to bank embezzlement in violation of 18 U.S.C. § 657. He is scheduled to be sentenced on August 31, 2001.

## 2. **FACTS**

Defendant was an employee in the ATM Reconciliation Department of Boeing Employees' Credit Union (BECU), Tukwila, Washington. His responsibilities included maintaining a general ledger which tracked and reconciled errors occurring between BECU and its ATM service provider. He also maintained a BECU general ledger account for ATM receivables. Over an eight-month period the defendant used the two

GOVERNMENT'S SENTENCING MEMORANDUM - 1
(yishmael\sentencememo)

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 450
Tacoma, Washington 98402
(253) 593-6316

BECU general ledger accounts to embezzle funds and to cover up those thefts from BECU. In accomplishing his embezzlements, defendant gave co-workers falsified reports to post to actual transactions, he obtained co-workers passwords and teller numbers to conceal his transactions, and he asked co-workers to make false entries for him which further concealed his thefts. The defendant converted about $85,000 to his own personal use.

The government agrees with the factual statements in the PSIR. No evidentiary hearing is necessary.

### 3. SENTENCING GUIDELINES

The government agrees with the sentencing guidelines applications set forth in the PSIR. They include:

| | |
|---|---|
| Base offense level [USSG § 2B1.1] | 4 |
| Loss adjustment [USSG § 2B1(b)(1)(I)] | 8 |
| More than minimal planning [USSG § 2B1.1(b)(4)(A)] | 2 |
| Acceptance of responsibility [USSG § 3E1.1(a)] | -2 |
| TOTAL OFFENSE LEVEL | 12 |

Criminal History Category II

### 4. GOVERNMENT'S RECOMMENDATION

The Government agrees with the Probation Department's sentencing recommendation.

DATED this 27th day of August 2001.

FRANCIS J. DISKIN
United States Attorney

KURT P. HERMANNS
Assistant United States Attorney

GOVERNMENT'S SENTENCING MEMORANDUM - 2
(yishmael\sentencememo)

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 450
Tacoma, Washington 98402
(253) 593-6316